ADRIENNE C. PUBLICOVER (SBN 161432)
Email: Adrienne.Publicover@WilsonElser.com
SHIVANI NANDA (SBN 253891)
Email: Shivani.Nanda@WilsonElser.com
WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105
Tel:   (415) 433-0990
Fax:   (415) 434-1370

Attorneys for Defendants
LIFE INSURANCE COMPANY OF NORTH AMERICA;
UBS FINANCIAL SERVICES SHORT TERM
DISABILITY PLAN; UBS FINANCIAL SERVICES
BASIC LONG TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY SOLOMONE, | Case No.: CV09-5554 EMC |
| Plaintiff, | Honorable Edward M. Chen |
| vs. | **STIPULATION REGARDING DATE TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** ; ORDER |
| LIFE INSURANCE COMPANY OF NORTH AMERICA; UBS FINANCIAL SERVICES SHORT TERM DISABILITY PLAN; UBS FINANCIAL SERVICES BASIC LONG TERM DISABILITY PLAN; and DOES 1 thru 10, inclusive, | [L.R. 6-1(a)] |
| Defendants. | Complaint served: 12/29/09<br>Current response date: 01/19/10<br>New response date: 02/15/10 |

**IT IS HEREBY STIPULATED,** pursuant to Local Rule 6-1(a), by and between Plaintiff Stacy Solomone and Defendants Life Insurance Company of North America, UBS Financial Services Short Term Disability Plan, and UBS Financial Services Basic Long Term Disability Plan ("Defendants"), through their attorneys of record, as follows:

1. The parties have agreed that Defendants' response to Plaintiff's Complaint shall be due on or before February 15, 2010; and

///

///

1
**STIPULATION REGARDING DATE TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**
USDC NDCA Case # CV09-5554 EMC
512106.1

1     2. This stipulated date for Defendants to respond to the Complaint will not alter the date of any event or any deadline already fixed by Court order.

Date: February 4, 2010            WILSON, ELSER, MOSKOWITZ,
                                                    EDELMAN & DICKER LLP

By:  /s/ *Adrienne C. Publicover*
      ADRIENNE C. PUBLICOVER
      SHIVANI NANDA
      Attorneys for Defendant
      LIFE INSURANCE COMPANY OF
      NORTH AMERICA, UBS FINANCIAL
      SERVICES SHORT TERM DISABILTY
      PLAN, UBS FINANCIAL SERVICES
      BASIC LONG TERM DISABILITY PLAN

Date: February 4, 2010            LAW OFFICES OF JEFFREY C. METZGER

By:  /s/ *Jeffrey C. Metzger*
      JEFFREY C. METZGER
      Attorneys for Plaintiff
      STACY SOLOMONE

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge

2
**STIPULATION REGARDING DATE TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**
USDC NDCA Case # CV09-5554 EMC
512106.1

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 4, 2010.

/s/ *Shivani Nanda*
SHIVANI NANDA

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105
Tel: (415) 433-0990
Fax: (415) 434-1370